CLARY v. BOARD OF EDUCATION

No. 87 PC.

Case below: 19 N.C. App. 637.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 4 December 1973.


COMR. OF INSURANCE v. AUTOMOBILE RATE OFFICE

No. 92 PC.

Case below: 19 N.C. App. 548.

Petition for writ of certiorari to North Carolina Court of Appeals denied 4 December 1973.


INSURANCE CO. v. DRY CLEANERS

No. 73 PC.

Case below: 19 N.C. App. 444.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 4 December 1973.


McCRAW v. BANCORP, INC.

No. 20 PC.

Case below: 19 N.C. App. 21.

Petition for writ of certiorari to North Carolina Court of Appeals denied 4 December 1973.


McLAMB v. McLAMB

No. 104 PC.

Case below: 19 N.C. App. 605.

Petition for writ of certiorari to North Carolina Court of Appeals denied 4 December 1973.